William H. Schofield, as Trustee in Bankruptcy, etc., Respondent, v. Mechanics' Bank of Brooklyn and Another, Defendants. Dora A. De Waltoff, Appellant.— Order affirmed, with ten dollars costs and disbursements, but with leave to appellant to answer within twenty days on payment of the costs and disbursements of this appeal, as well as the costs imposed by the order of the Special Term. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

William H. Schofield, as Trustee in Bankruptcy, etc., Respondent, v. Rebecca Wolper and Others, Defendants. Dora A. De Waltoff, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Charlotte Schoneberger, Individually and as Executrix, etc., Respondent, v, James Fey, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

George Seiler, Respondent, v. John McGregor, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

William Slaviz, as Administrator, etc., of Ferdinando Femia, Deceased, Appellant, v. Thomas Hayes and Michael Welsch, Respondents.— Order modified by providing that a new trial be granted, upon the ground that the verdict was against the weight of evidence, and judgment reversed, costs to abide the event. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred. Order to be settled before Mr. Justice Rich.

Samuel Meredith Strong, Respondent, v. Edward V. Gambier, Trustee, Individually and as Executor, etc., and Others, Defendants. Byron S. Wightman and Others, Appellants.— Order affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Gaetano Tedeschi, Appellant, v. Antonio Bacigalupo and Joseph Bacigalupo, Copartners, etc., Respondents.— Order of the County Court of Nassau county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

Samuel T. Williams and Another, Respondents, v. Peter Keeler Building Company, and Another, Appellants.— Judgment affirmed by default, with costs. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.